**Order entered November 10, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01303-CV

## JOHN WILLIAMS, Appellant

## V.

## DART TRANSIT, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00720-B**

## ORDER

We **DENY** appellant's motion for hearing. As stated in our November 10, 2015 letter, the appeal will be submitted without oral argument on January 19, 2016.

/s/    CRAIG STODDART
       JUSTICE